UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE MISHLER, <br>     Plaintiff, <br>    v. <br> LINDA S. McMAHON, <br> Commissioner of Social Security, <br>     Defendant. | NO. CV-06-191-CI <br><br> **JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART.** The matter is **REMANDED** for additional proceedings on an expedited basis, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 12th day of February, 2007.

                                                JAMES R. LARSEN
                                              District Court Executive/Clerk

                                              s/ L. Stejskal
                                              Deputy Clerk